In the Matter of the Probate of the Will of URBAN DOXTATER, Deceased. FIRST NATIONAL BANK OF DOLGEVILLE et al., Appellants; HAZEL STURNAGLE et al., Respondents.— Decree reversed on the law and facts and a new trial granted, with costs to appellants to abide the event. Memorandum: The verdict of the jury on the question of undue influence was contrary to and against the clear weight of the evidence. The trial court erred in sustaining the objections of counsel for the contestants to questions to the witness Satterlee. The evidence sought to be produced was not as to a personal transaction with the deceased and the objections should not have been sustained. It was also the duty of the court to instruct the jury that any testimony concerning statements made by the deceased concerning Walter Nichols, Delcia Lawson or the proponents were received solely to show his state of mind at the time the statements were made and not to show the truth of such statements. We also think that the court permitted the witness Wineburgh, sworn as an expert by the contestants, to go far beyond the realm of expert testimony. All concur. (The decree denies proponents' motion to set aside the verdict of a jury as to certain issues, adjudges that execution of the instrument was procured by fraud, deceit and undue influence, and denies probate of the will.) Present — Taylor, P. J., McCurn, Love, Kimball and Piper, JJ. [See 275 App. Div. 794.]

PETER DENESKI, Appellant, v. LEE McRORIE et al., Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Kimball and Piper, JJ.

LOUIS SHEGDA et al., Respondents, v. VILLAGE OF LANCASTER, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiffs in an action for a declaratory judgment to establish plaintiffs' right to use their property in defendant village as a convalescent home.) Present — Taylor, P. J., McCurn, Love, Kimball and Piper, JJ. [192 Misc. 560.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEWEY SAVARESE et al., Appellants, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.— Order affirmed, without costs of this appeal to any party. All concur. (The order dismisses a writ of habeas corpus and remands relators to the custody of defendant.) Present — Taylor, P. J., McCurn, Love, Kimball and Piper, JJ.

WALTER B. RANDALL, Appellant, v. KENNETH WILBER et al., Respondents.— Judgments reversed on the facts, without costs of this appeal to any party, and a new trial granted, on the ground that the jury's verdict is against the weight of evidence. All concur, except Taylor, P. J., who dissents only as to the reversal of the judgment in favor of defendant Wilbur and votes for affirmance of said judgment, but concurs in the reversal of the judgment and granting of a new trial as to defendant Buell. (The judgments are for defendants for no cause of action in an automobile negligence action.) Present — Taylor, P. J., McCurn, Love, Vaughan and Piper, JJ.